IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SCOTT WILLIAM LEE, | : | |
| Petitioner, | : | 1:16-cv-1629 |
| | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| WARDEN EBBERT, | : | |
| Respondent | : | |

## ORDER

**August 31, 2016**

NOW THEREFORE, upon consideration of the petition for writ of habeas corpus (Doc. 1) pursuant to 28 U.S.C. § 2241, and in accordance with the Court's Memorandum of the same date, it is hereby ORDERED as follows:

1. The Petition for Writ of Habeas Corpus (Doc. 4) is DISMISSED without prejudice for lack of jurisdiction.

2. The Clerk of Court is directed to NOTIFY the petitioner.

3. The Clerk of Court is further directed to CLOSE this case.

s/ John E. Jones III
John E. Jones III
United States District Judge
